IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WALTER T. GAUSE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 1:24-cv-856 |
| RONALD COVINGTON Captain, | ) |
| FNU NEALEY Assistant Unit | ) |
| Manager, FNU BARNES | ) |
| Correctional Sergeant, | ) |
| FNU JABCOS Correctional | ) |
| Sergeant, and MED STAFF, | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that this action is hereby **DISMISSED WITHOUT PREJUDICE**.

This the 29th day of January, 2025.

_____
United States District Judge